IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATE VIEMEISTER-HEESEMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX CREDIT INFORMATION )<br>SERVICES, L.L.C.; EXPERIAN )<br>INFORMATION SOLUTIONS, INC., )<br>)<br>Defendants. )<br>  )  | Civil Case No.: 20-cv-19582-MAS-LHG<br><br>Motion Day: September 20, 2021 |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**<u>NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION</u>**

**PLEASE TAKE NOTICE** that, upon the points and authorities set forth in the accompanying Memorandum of Law in Support of Defendant Experian Information Solutions, Inc.'s Motion to Compel Arbitration, Experian will and does move this Court on September 20, 2021, before the Honorable Michael A. Shipp, United States Courthouse for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, Courtroom 5W, for an order, pursuant to section 4 of the Federal Arbitration Act, 9 U.S.C. §§ 1-16, compelling all claims against Experian arbitration and staying this action until arbitration has been completed. arbitration.

Dated: August 27, 2021

Respectfully submitted,

*/s/ Dorothy A. Kowal*
Dorothy A. Kowal
Price, Meese, Shulman & D'Arminio, PC
50 Tice Boulevard
Woodcliff Lake, New Jersey 07677
T: 201-391-3737
dkowal@pricemeese.com
Counsel for Defendant Experian Information Solutions, Inc.

## CERTIFICATE OF SERVICE

I, Dorothy A. Kowal, hereby certify that on the 27th day of August 2021, a copy of the Notice of Motion of Defendant Experian Information Solutions, Inc. to Compel Arbitration, Memorandum of Law in Support of Experian Information Solutions, Inc.'s Motion to Compel Arbitration, Declaration of David Williams in Support of Motion and Exhibits thereto, and Proposed Order Granting Motion was filed electronically with the Court. Notice will be sent via electronic mail to all counsel of record via the court's CM/ECF System.

      */s/ Dorothy A. Kowal*
      Attorney for Experian Information Solutions, Inc.