# EXHIBIT 1



Have questions? Contact us.                                    Already a member? Sign in.

## Tell Us About Yourself

| Step 1 | Step 2 | Step 3 | Step 4 |

**About You**

**First Name**                           **Middle Initial**

**Last Name**                            **Suffix**
                                         None

**Current Street Address**               **Apt, Unit, Bldg, Suite**

**ZIP Code**        **City**             **State**
                                         Select

Have you lived at this address 6 months or more?        ● Yes    ○ No

**Phone Number**

**Email Address**

☑ Yes, send me important credit information and special offers from ConsumerInfo.com, Inc. and other Experian® companies.
Privacy Policy & Ad Targeting Policy

**What is the main reason you visited Experian today?**
-Select Answer-

**Submit and Continue**

### When you order today, you'll get:

✓ Free Experian Credit Report
✓ Report Refreshed Every 30 Days on Sign In
✓ Experian Credit Monitoring Alerts
✓ Free Dark Web Surveillance Report

FREE

#### Completely Free and Easy

No purchase or credit card required. Checking your own credit will NOT hurt your credit scores.

#### Safe and Secure

The information you provide will be transferred to us through a private, secure connection.

 

---

Terms & Conditions    Privacy Policy    Contact Us    Ad Targeting Policy

 

© 2019 ConsumerInfo.com, Inc.