# EXHIBIT 2



🗨 Have questions? Contact us.                                                                                                                                                    👤 Already a member? Sign in.

## Create Your Account

| ✓ Step 1 | Step 2 | Step 3 | Step 4 |

**Identity Verification**

**Social Security Number**

[___] - [___] - [___]    Why do we need this?

☐ Display

**Date of Birth**

[Month ▾]  [Day ▾]  [Year ▾]

**Account Information**

**Username**

[_____]

**Password**                           **Confirm Password**

[_____]            [_____]

By clicking "Submit Secure Order": I accept and agree to your **Terms of Use Agreement**, as well as acknowledge receipt of your **Privacy Policy** and **Ad Targeting Policy**.

I authorize ConsumerInfo.com, Inc, also referred to as Experian Consumer Services ("ECS"), to obtain my credit report and/or credit score(s), on a recurring basis to:

- Provide my credit report (and/or credit score) to me for review while I have an account with ECS.
- Notify me of other products and services that may be available to me through ECS or through unaffiliated third parties.
- Notify me of credit opportunities and advertised credit offers.

I understand that I may withdraw this authorization at any time by **contacting ECS**.

[ **Submit Secure Order** ]

## Your Order Summary

| Experian CreditWorks℠ Basic | $0.00 |
| ✓ Free Experian Credit Report |
| ✓ Report Refreshed Every 30 Days on Sign In |
| ✓ Experian Credit Monitoring Alerts * |
| ✓ Free Dark Web Surveillance Report |
| Sales Tax | $0.00 |
| **Order Total** | **$0.00** |

* Includes New Inquiries, New Accounts, Public Records, Fraud Alerts and Personal Information updates when added to your Experian Credit Report



**Privacy Policy Notice**

ConsumerInfo.com, Inc.'s policy on how your personal information is used and disclosed is contained in our Privacy Policy and Ad Targeting Policy. This product is Web-based and you agree to accept this notification, revisions, and the provision of an annual notice electronically through this website, if required.

---

Terms & Conditions    Privacy Policy    Contact Us    Ad Targeting Policy              

© 2019 ConsumerInfo.com, Inc.