# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATE VIEMEISTER-HEESEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No.: 20-cv-19582-MAS-LHG |
| | ) |
| EQUIFAX CREDIT INFORMATION SERVICES, L.L.C.; EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## [PROPOSED] ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO COMPEL ARBITRATION[PROPOSED] ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of Defendant Experian Information Solutions, Inc.'s Motion to Compel Arbitration, and any responses and replies thereto, it is hereby ORDERED that the Motion is GRANTED. This matter is compelled to arbitration, and the case is stayed pending the outcome of arbitration.

SO ORDERED,

_____
Honorable Michael A. Shipp
United States District Judge